

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-20-00451-CV

**IN RE** Christopher J. **ORTEGON**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11725
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On September 11, 2020, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 22, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 7, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court